**FILED**

MAR 11 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DAVID L. COLLINS,           )
                            )
            Plaintiff,      )
                            )
      v.                    )          Civil Action No. 11-0339 (UNA)
                            )
DISTRICT COURT, EL PASO     )
COUNTY, *et al.*,           )
                            )
            Defendants.     )

**MEMORANDUM OPINION**

The Court provisionally permitted the above-captioned action to be filed on February 8, 2011. At that time, the Court directed plaintiff to submit a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined, as required by the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915. To date, plaintiff has not submitted the required financial information as directed. Instead, he has submitted an "OBJECTION" which amounts to plaintiff's refusal to either pay the filing fee or submit any financial information. For this reason, the Court will dismiss this action without prejudice. An Order is issued separately.

DATE: *March 1, 2011*

_____
United States District Judge